BETTY S. CHAIN, Attorney at Law
CA Bar No. 105390
15233 Ventura Blvd., Ste. 1200
Sherman Oaks, CA 91403-2373
(818) 789-4273
Fax: (818) 789-7820
bscatty@socal.rr.com
Attorney for Defendant
ROBERT D. CHAIN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV13-3572 |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION OF ROBERT D. CHAIN |
| vs. ) | IN OPPOSITION TO PLAINTIFF'S |
| ) | MOTION FOR SUMMARY JUDGMENT |
| ROBERT D. CHAIN, ) | |
| ) | DATE: 10-7-13 |
| ) | TIME: 1:30 P.M. |
| ) | DEPT.: COURTROOM 6 |
| Defendant. ) | |
| ) | JUDGE: Hon. Steven V. Wilson |

DECLARATION OF ROBERT D. CHAIN

I, ROBERT D. CHAIN, declare and state:

1. I am the defendant in this action. I make this declaration based upon my own personal knowledge and if called upon as a witness, I could and would testify to the truth therein. I make this declaration in support of the opposition to the Motion for Summary Judgment of Plaintiff in this action.

2. The debt being sued upon in this action is more than 30 years old on its face. I have no recollection of receiving the funds claimed to be owing or even if I made payments on those

DECLARATION OF ROBERT D. CHAIN

loans if I did receive the funds.

3.  I have no records any longer of the purported loans or bank records that date back far enough to reveal what, if anything, I paid on the loans or if I received the funds. I do not recall what bank I was using, and have no way of obtaining old bank records.

4.  I have no old correspondence regarding these purported loans since they date back more than 30 years. I also do not have tax records which would reveal what, if anything, the United States has seized from my tax refunds, although I believe it was done on more than one occasion.

5.  Based upon some research I did online, I believe the Crocker National Bank was purchased by Midland Bank in 1981 then merged with Wells Fargo Bank in 1986. I do not recall ever receiving any correspondence from Crocker National Bank, Midland Bank or Wells Fargo Bank about the purported loans.

6.  I have not worked since 1989 and am now on Social Security. I had a heart attack in 2005 and have continuing health issues. I am distressed by the enormous balance including interest and collection costs the United States seeks to impose after this matter laid dormant for 30 years.

7. I have obtained a certified copy of my transcript from Southwestern Law School. It indicates that my last date of attendance was December 17, 1982. A true and correct copy of the official transcript is attached hereto as Exhibit "A." I have no idea where Plaintiff's alleged date of default of April 29, 1992 comes from.

DECLARATION OF ROBERT D. CHAIN        2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of September, 2013 at Encino, California.

*Robert D. Chain*
ROBERT D. CHAIN

DECLARATION OF ROBERT D. CHAIN   3

SOUTHWESTERN LAW SCHOOL
LOS ANGELES, CA 90010
OFFICIAL GRADE TRANSCRIPT

DATE PRINTED 07/02/2013
STUDENT NO. 0008128
NAME        Mr. Robert D. Chain

PREVIOUS EDUCATION

PROGRAM Traditional
ENTERED 08/16/1979, REGULAR

Page: 1 of 1

| COURSE | Course Title | UNITS | GRD | GRDPT |
|---|---|---|---|---|
| | **FALL SESSION '79 (08/16/1979 to 12/21/1979)** | | | |
| 150 | LEGAL PROCESS | 2.00 | P | ..... |
| 170A | TORTS I | 0.00 | N | ..... |
| 145A | LEGAL COMMUNICATION SKILLS I | 2.00 | 83 | 166.00 |
| 120A | CONTRACTS I* | 0.00 | N | ..... |
| | Term GPA 83.000   Units | 4.00 | | |
| | Cum  GPA 83.000   Units | 4.00 | | |
| | **SPRING SESSION '80 (01/07/1980 to 05/23/1980)** | | | |
| 120B | CONTRACTS II* | 0.00 | 68 | ..... |
| 170B | TORTS II | 5.00 | 76 | 380.00 |
| 130 | CRIMINAL LAW | 0.00 | 68 | ..... |
| 145B | LEGAL COMMUNICATION SKILLS II | 2.00 | 76 | 152.00 |
| | Term GPA 72.000   Units | 7.00 | | |
| | Cum  GPA 73.375   Units | 11.00 | | |
| | **SUMMER SESSION '80 (06/02/1980 to 07/25/1980)** | | | |
| 105 | BUSINESS ORGANIZATIONS | 3.00 | 75 | 225.00 |
| | Term GPA 75.000   Units | 3.00 | | |
| | Cum  GPA 73.632   Units | 14.00 | | |
| | **FALL SESSION '80 (08/14/1980 to 12/19/1980)** | | | |
| 120A | CONTRACTS I | 3.00 | 78 | 234.00 |
| 115A | CONSTITUTIONAL LAW I | 3.00 | 78 | 234.00 |
| 160A | PROPERTY I | 2.00 | 79 | 158.00 |
| 110A | CIVIL PROCEDURE I | 2.00 | 77 | 154.00 |
| | Term GPA 78.000   Units | 10.00 | | |
| | Cum  GPA 75.138   Units | 24.00 | | |
| | **SPRING SESSION '81 (01/06/1981 to 05/15/1981)** | | | |
| 120B | CONTRACTS II | 2.00 | 76 | 152.00 |
| 115B | CONSTITUTIONAL LAW II | 3.00 | 77 | 231.00 |
| 160B | PROPERTY II | 3.00 | 74 | 222.00 |
| 110B | CIVIL PROCEDURE II | 3.00 | 78 | 234.00 |
| | Term GPA 76.273   Units | 11.00 | | |
| | Cum  GPA 75.450   Units | 35.00 | | |
| | **SUMMER SESSION '81 (06/01/1981 to 07/24/1981)** | | | |
| 125 | CORPORATIONS | 3.00 | 77 | 231.00 |
| 155 | LEGAL PROFESSION | 2.00 | 70 | 140.00 |
| | Term GPA 74.200   Units | 5.00 | | |
| | Cum  GPA 75.311   Units | 40.00 | | |

Continued on next Column/Page

| COURSE | Course Title | UNITS | GRD | GRDPT |
|---|---|---|---|---|
| | **FALL SESSION '81 (08/13/1981 to 12/23/1981)** | | | |
| 140 | EVIDENCE* | 0.00 | W | ..... |
| 350 | SALES AND SECURED TRANSACTIONS | 0.00 | W | ..... |
| 514 | INTERNATIONAL TRADE & INVESTMT | 0.00 | W | ..... |
| | Term GPA 0.000    Units | 0.00 | | |
| | Cum  GPA 75.311   Units | 40.00 | | |
| | **FALL SESSION '82 (08/12/1982 to 12/17/1982)** | | | |
| 140 | EVIDENCE | 0.00 | *65 | ..... |
| 706 | CORPORATIONS SEMINAR | 0.00 | *65 | ..... |
| 586 | PATENT LAW | 0.00 | *65 | ..... |
| 524 | INTERNATIONAL LAW | 0.00 | *65 | ..... |
| | Term GPA 65.000   Units | 0.00 | | |
| | Cum  GPA 73.140   Units | 40.00 | | |

******* NO ENTRIES BELOW THIS LINE *******

MEMORANDA:
ACAD DISQUALIFICATION 05/23/80
REINSTATED 06/02/80
LEAVE OF ABSENCE 1981/82
LAST DATE ATTENDED 12/17/82

******* End of Transcript *******

CERTIFIED CORRECT
Registration & Academic Records Office
(Seal)



## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am a resident of the county of aforesaid, I am over the age of eighteen years and I am not a party to the within entitled action. My business address is 15233 Ventura Blvd., Ste. 1000, Sherman Oaks, CA 91403.

On September 4, 2013, I served the foregoing **Declaration of Robert D. Chain in Opposition to Plaintiff's Motion for Summary Judgment** on the interested parties in said action, by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail, First Class, in the City of Sherman Oaks, State of California, addressed as follows:

Goldsmith & Hull, a P.C.
16933 Parthenia St.
Northridge, CA 91343

[X]  (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (PERSONAL SERVICE) I delivered such envelope by-hand to the office of the addressee.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]  (FEDERAL) I declare that I am employed in the office of a member of the board of this Court at whose direction service was made.

Executed on September 4, 2013, at Sherman Oaks, California.

BETTY S. CHAIN