WHEN RECORDED MAIL TO:
GOLDSMITH & HULL, A.P.C.
16933 PARTHENIA STREET, SUITE 110
NORTHRIDGE, CA 91343
818-990-6600  FAX 818-990-6140
govdept1@goldsmithcalaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

           PLAINTIFF(S),

v.

ROBERT D CHAIN

           DEFENDANT(S).

CASE NUMBER:

CV -13-03572 SVW-SH

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on 11/14/2013
in favor of UNITED STATES OF AMERICA c/o GOLDSMITH & HULL, A.P.C.
whose address is 16933 PARTHENIA STREET, SUITE 110, NORTHRIDGE, CA 91343
and against ROBERT D CHAIN
whose last known address is 17512 Califa st,, ENCINO, CA 91316
for $ 11,573.43     Principal,  $ 10,184.70    Interest,  $ 0.00    Costs,
and $ 0.00     Attorney Fees.

ATTESTED this  25th  day of  September , 20 14
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; ****-**7273 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

17512 Califa st

Encino, CA  91316

CLERK, U.S. DISTRICT COURT

SHEABOURGEOIS

By _____
Deputy Clerk

1184

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                   ABSTRACT OF JUDGMENT/ORDER